302-15

COA # 08-12-00300-CR     OFFENSE: 1

STYLE: Robert Carver v. The State of Texas     COUNTY: Denton

COA DISPOSITION: AFFIRM     TRIAL COURT: 362nd District Court

DATE: 1/28/15     Publish: NO     TC CASE #: F-2010-2243-D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Robert Carver v. The State of Texas     CCA #: _____

___PRO SE___ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___Refused___     JUDGE: _____

DATE: 05/13/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____